UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GOLD COAST FLATS, LLC, an Illinois limited company, *Plaintiff/Counter-Defendant*, v. SPRINTCOM LLC, a Kansas limited liability company f/k/a SPRINTCOM, INC., *Defendant/Counter-Plaintiff*. | Case No.: 23-cv-03842 Hon. Elaine E. Bucklo |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff GOLD COAST FLATS, LLC and Defendant SPRINTCOM LLC f/k/a SPRINTCOM, INC., by and through undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims and defenses asserted therein, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

**SO STIPULATED:**

**Dated:** July 26, 2024

*[The remainder of this page intentionally has been left blank.]*

| | |
|---|---|
| Agreed to by: | Agreed to by: |
| /s/   *Christopher Goodsnyder* | /s/   *Jack O. Snyder, Jr.* |
| Allen R. Perl (ARDC # 6191920)<br>aperl@perlandgoodsnyder.com<br>Christopher Goodsnyder (ARDC # 62161560)<br>cgoodsnyder@perlandgoodsnyder.com<br>Bridgette Custis<br>bcustis@perlandgoodsnyder.com | Steven J. Yatvin (ARDC No. 6270856)<br>steve.yatvin@bfkn.com<br>Jack O. Snyder, Jr. (ARDC No. 6304042)<br>jack.snyder@bfkn.com<br>David B. Lurie (ARDC No. 6327262)<br>david.lurie@bfkn.com<br>Murphy Olivia Glass (ARDC No. 6342182)<br>olivia.glass@bfkn.com |
| PERL & GOODSNYDER, LTD.<br><br>14 North Peoria Street, Suite 2-C<br>Chicago, IL 60607<br>T: (312) 243-4500<br>F: (312) 243-0806 | BARACK FERRAZZANO KIRSCHBAUM<br>  & NAGELBERG LLP<br>200 W. Madison St., Ste. 3900<br>Chicago, IL 60606<br>T: (312) 984-3100<br>F: (312) 984-3150 |
| *Attorneys for Plaintiff/Counter-Defendant* | *Attorneys for Defendant/Counter-Plaintiff* |

2